Case 1:17-cr-00036-JPJ   Document 200   Filed 07/15/24   Page 1 of 1   Pageid#: 12397

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

July 15, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dwight L. Bailey | ) | Case No: 1:17CR00029 & 1:17CR00036 |
| | ) | USM No: 21952-084 |
| Date of Original Judgment: 02/08/2019 | ) | |
| Date of Previous Amended Judgment: ___ | ) | Erin Trodden, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __121__ months, but not less than time served.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __02/08/2019__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/15/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James P. Jones,  Senior United States District Judge
*Printed name and title*